IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA,       )
                                )
     Plaintiff,                 )
                                )    CIVIL ACTION NO.
     v.                         )      2:24cv211-MHT
                                )           (WO)
A 2023 DODGE CHALLENGER,        )
BEARING VIN:                    )
2C3CDZFJ0PH511708, WITH         )
ALL APPURTENANCES AND           )
ATTACHMENTS THEREON,            )
                                )
     Defendant.                 )
```

ORDER

Now before the court is the government's response (Doc. 16) to the court's October 1, 2024, order (Doc. 14). In the response, the government moves for leave to amend the complaint pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, which provides that "court[s] should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). The court finds that justice requires that leave to amend be granted.

***

Accordingly, it is ORDERED that:

    (1) The government's motion for leave to file an amended complaint (Doc. 16) is granted.

    (2) The government shall file an amended complaint within seven days of today's date.

    (3) The government's motion for default judgment (Doc. 13) is denied with leave to renew.

    DONE, this the 10th day of October, 2024.

                                    /s/ Myron H. Thompson
                             UNITED STATES DISTRICT JUDGE