```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

           MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA,    )
                             )
     Plaintiff,              )
                             )     CIVIL ACTION NO.
     v.                      )        2:24cv211-MHT
                             )            (WO)
A 2023 DODGE CHALLENGER,     )
BEARING VIN:                 )
2C3CDZFJ0PH511708, WITH      )
ALL APPURTENANCES AND        )
ATTACHMENTS THEREON,         )
                             )
     Defendant.              )
```

**DEFAULT JUDGMENT AND DECREE OF FORFEITURE**

In accordance with the memorandum opinion entered today, it is ORDERED, ADJUDGED, and DECREED that:

(1) Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, default judgment is entered in favor of the plaintiff United States of America and against defendant 2023 Dodge Challenger, bearing VIN: 2C3CDZFJ0PH511708, with all appurtenances and attachments thereon.

(2) All right, title, and interest in defendant 2023 Dodge Challenger, bearing VIN: 2C3CDZFJ0PH511708,

with all appurtenances and attachments thereon, is hereby forfeited to and vested in plaintiff United States of America, which shall have clear title to this property, may warrant good title to any subsequent transferee, and shall dispose of the property in accordance with the law.

(3) The United States District Court shall retain jurisdiction in this case for the purpose of enforcing this order.

(4) The clerk of the court shall forward a certified copy of this order to the United States Attorney's Office.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 10th day of February, 2025.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**